## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  February 2, 2017               522980

_____

In the Matter of JOSEPH A.
    GELLING,
                        Petitioner,

        v                                    MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.

_____

Calendar Date:  November 29, 2016

Before:  Peters, P.J., Garry, Egan Jr., Clark and Aarons, JJ.

                        _____

        Joseph A. Gelling, Dannemora, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                        _____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding challenging a tier III determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, petitioner has been granted all the relief to which he is entitled and the petition must be dismissed as moot

(see Matter of James v Prack, 137 AD3d 1390, 1391 [2016]).

Peters, P.J., Garry, Egan Jr., Clark and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court